159 F.3d 1354
 RICO Bus.Disp.Guide 9557
 Phyllis H. Witcher
v.
Murray H. Witcher, Beneficial Mutual Savings Bank, Fidelity
Bond and Mortgage Co., TA Title Insurance Company, f/k/a
Title Abstract Company, E.I. Du Pont de Mours & Company,
Office of Recorder of Deeds in Delaware County, Grand
National Bank, f/k/a Wauconda National Bank until Jan. 1995,
Wilmington Trust Company
 NO. 97-1980
 United States Court of Appeals,
Third Circuit.
 July 29, 1998
 Appeal From: E.D.Pa. ,No.95cv05568
 
 1
 Affirmed.